| | |
|---|---|
| 1 | PATRICK H. HICKS, ESQ., Bar # 004632 |
| 2 | SANDRA KETNER, ESQ., Bar # 8527<br>LITTLER MENDELSON, P.C. |
| 3 | 3960 Howard Hughes Parkway<br>Suite 300 |
| 4 | Las Vegas, NV  89169-5937<br>Telephone:    702.862.8800 |
| 5 | Fax No.:       702.862.8811<br>Email: phicks@littler.com |
| 6 | Email: sketner@littler.com |
| 7 | Attorneys for Defendant<br>THE MIRAGE CASINO-HOTEL, LLC |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE HOULE,<br><br>       Plaintiff,<br><br>vs.<br><br>THE MIRAGE CASINO-HOTEL LLC;<br>BAR TENDER'S UNION 165;<br><br>       Defendants. | Case No. 2:17-cv-00258-GMN-GWF<br><br>**DEFENDANT THE MIRAGE CASINO-HOTEL, LLC'S JOINDER IN REMOVAL OF CIVIL ACTION FROM STATE COURT** |

**TO THE CLERK FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

PLEASE TAKE NOTICE that Defendant THE MIRAGE CASINO-HOTEL, LLC ("Defendant"), by and through its counsel of record, hereby certifies that it joins in the Notice of Removal of Civil Action filed by Bartenders Union Local 165 on January 30, 2017.

///

///

///

///

///

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Defendant joins in the removal of this action for the reasons set forth in the said Notice of Removal and all papers filed in support thereof.

Dated:  February 13, 2017

/s/Sandra Ketner
PATRICK H. HICKS, ESQ.
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
THE MIRAGE CASINO-HOTEL, LLC

Firmwide:145544311.1 060736.1122

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800