# "EXHIBIT A"

# DECLARATION OF CINDY MOEHRING IN SUPPORT OF DEFENDANT THE MIRAGE CASINO-HOTEL, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

# "EXHIBIT A"

PATRICK H. HICKS, ESQ., Bar # 004632
SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:      702.862.8811
Email: phicks@littler.com
Email: sketner@littler.com

Attorneys for Defendant
THE MIRAGE CASINO-HOTEL, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE HOULE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE MIRAGE CASINO-HOTEL LLC;<br>BAR TENDER'S UNION 165,<br><br>　　　　　Defendants. | Case No. 2:17-cv-00258-GMN-GWF<br><br>**DECLARATION OF CINDY MOEHRING IN SUPPORT OF DEFENDANT THE MIRAGE CASINO-HOTEL, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

　　　1.　　I am the Vice President of Human Resources at The Mirage Casino-Hotel, LLC ("The Mirage"). I have been employed by The Mirage since February 29, 2016.

　　　2.　　In my position as Vice President of Human Resources, I am responsible for assisting in The Mirage's responses to charges of discrimination.

　　　3.　　Nicole Houle has been employed by The Mirage since March 13, 2013.

　　　4.　　To date, I have not received notice that either a notice of a charge or a charge of discrimination has been filed against The Mirage by Ms. Houle with either the United States Equal Employment Opportunity Commission or Nevada Equal Rights Commission.

　　　I declare under penalty of perjury pursuant to the laws of the State of Nevada and the United States of America that the foregoing is true and correct.

　　　Executed this 14 day of February, 2017, at Las Vegas, Nevada.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1
2
3          _____
           CINDY MOEHRING
4   Firmwide:145544700.1 060736.1122
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ITTLER MENDELSON, P.C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.