1  PATRICK H. HICKS, ESQ., Bar # 004632
   SANDRA KETNER, ESQ., Bar # 8527
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:         702.862.8811
5  Email: phicks@littler.com
   Email: sketner@littler.com
6
7  Attorneys for Defendant
   THE MIRAGE CASINO-HOTEL, LLC

8                    UNITED STATES DISTRICT COURT

9                           DISTRICT OF NEVADA

10

11  NICOLE HOULE,

12            Plaintiff,                    Case No. 2:17-cv-00258-GMN-GWF

13  vs.                                     **DEFENDANT THE MIRAGE CASINO-HOTEL, LLC'S CERTIFICATE OF INTERESTED PARTIES**

14  THE MIRAGE CASINO-HOTEL LLC;
    BAR TENDER'S UNION 165,
15
              Defendants.
16

17         Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned,

18  counsel of record for Defendant THE MIRAGE CASINO-HOTEL, LLC certifies that there are no

19  other known interested individuals or entities other than the named parties.  These representations

20  are made to enable judges of the Court to evaluate possible disqualifications or recusal.

21  Dated:  February 14, 2017

22

23                                          /s/Sandra Ketner
                                            PATRICK H. HICKS, ESQ.
24                                          SANDRA KETNER, ESQ.
                                            LITTLER MENDELSON, P.C.
25
                                            Attorneys for Defendant
26                                          THE MIRAGE CASINO-HOTEL, LLC

27  Firmwide:145544380.1 060736.1122

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800