Kristofer D. Leavitt, ESQ
LEAVITT LEGAL GROUP, P.C.
Nevada Bar No. 13173
229 S Las Vegas Blvd,
Las Vegas, Nevada 89101
(702) 423-7208
kleavitt@leavittlegalgroup.com
*Attorney for Plaintiff Nicole Houle*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE HOULE,<br><br>         Plaintiff,<br><br>vs.<br><br>THE MIRAGE CASINO-HOTEL LLC; BAR TENDER'S UNION 165;<br><br>         Defendants. | Case No.: 2:17-cv-00258-GMN-GWF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF PROCESS AND TIMELINE FOR RESPONSIVE PLEADINGS** |

Plaintiff Nicole Houle ("Ms. Houle") and Defendants The Mirage Casino-Hotel LLC ("The Mirage") and Bar Tender's Union Local 165 (improperly named on caption as "Bar Tender's Union 165") (the "Union") (sometimes referred to hereafter collectively as "Defendants"), by and through their undersigned counsel, hereby agree and stipulate as follows:

1.   Plaintiff filed her C*omplaint* (the "Complaint") in the Eighth Judicial District Court in Clark County Nevada on November 2, 2016 under case number A-16-745978-C.

2.   Plaintiff effectuated service of the Complaint on The Mirage on January 19, 2017 and on the Union on January 20, 2017.

3.   On January 30, 2017, the Union filed the *Notice of Removal of Civil Action Under 28 U.S.C. § 1441(b)* [Dkt. # 1], thereby removing this case to the United States District Court for the District of Nevada.

4.   On February 6, 2017, Ms. Houle filed the *First Amended Complaint and Demand for a Jury Trial* [Dkt. # 6] (the "First Amended Complaint").

5.   Neither of the Defendants have filed an answer to the Complaint or the First

Amended Complaint.

6. In order to ensure this case proceeds in an expeditious manner, the Defendants, by and through their individual counsel, agree and stipulate to accept service of the First Amended Complaint.

7. In order to ensure the Defendants have sufficient time to file an answer or otherwise respond to the First Amended Complaint, the parties also agree that Defendants shall have up to, and including March 6, 2017, to file an answer, or otherwise respond, to the First Amended Complaint.

**IT IS SO STIPULATED**.

DATED this 15th day of February, 2017.

By: /s/ Kristofer Leavitt  
Kristofer D. Leavitt, Esq.  
LEAVITT LEGAL GROUP, P.C.  
Nevada Bar No. 13173  
229 S Las Vegas Blvd,  
Las Vegas, Nevada 89101  

By: /s/ Kristin Martin  
Kristin L. Martin, Esq.  
McCracken Stemerman & Holsberry LLP  
Nevada Bar No. 7807  
595 Market Street, Suite 800  
San Francisco, California 94105  

By: /s/ Sandra Ketner  
Patrick H. Hicks  
Nevada Bar No. 4632  
Sandra C. Ketner  
Nevada Bar No. 8527  
Littler Mendelson, P.C.  
3960 Howard Hughes Parkway, Ste. 300  
Las Vegas, Nevada 89169-5937  

**IT IS HEREBY ORDERED** that Defendants shall accept service of the First Amended Complaint by and through their counsel and that the Defendants shall have up to, and including, March 6, 2017 to answer or otherwise respond to the First Amended Complaint.

DATED this 16th day of February, 2017

By: _____  
THE HONORABLE GEORGE W. FOLEY  
UNITED STATES MAGISTRATE JUDGE