1

**McCRACKEN, STEMERMAN & HOLSBERRY, LLP**
KRISTIN L. MARTIN, Nevada State Bar No. 7807

2

595 Market Street, Suite 800
San Francisco, CA 94105

3

Phone: (415)-597-7200

4

Fax:    (415)-597-7201
Email: klm@msh.law

5

*Attorney for Defendant Bartenders Union Local*

6

*165*

7

8

9

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

10

11

12

13

14

15

16

17

| NICOLE HOULE, | Case No.: 2:17-cv-00258-GMN-GWF |
|---|---|
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT REGARDING REMOVED ACTION** |
| THE MIRAGE CASINO-HOTEL LLC; BAR TENDER'S UNION 165; | |
| Defendants. | |

18        Plaintiff Nicole Houle ("Plaintiff") and Defendants The Mirage Casino-Hotel LLC (the

19   "Mirage") and Bartenders Union Local 165 (improperly named on caption as "Bar Tender's

20   Union 165") (the "Union"), hereby submit the following Joint Status Report pursuant to the

21   Court's Minute Order dated January 30, 2017. (Dkt. #4):

22        1.  The Union removed this action to this Court on January 30, 2017.  (Dkt. # 1).  The

23   parties filed a stipulation extending the deadline for responsive pleadings to the First Amended

24   Complaint to March 6, 2017 (Dkt. # 14), which was approved by the Court on February 16,

25   2017. (Dkt. # 15).  The Mirage filed a joinder to the removal petition (Dkt. # 10), and a motion to

26   dismiss on February 14, 2017 (Dkt. # 11).  The Union will file a motion to dismiss on or before

27   March 6, 2017.  Plaintiff filed a motion for a preliminary injunction on February 27, 2017.

28   (Dkt. # 16).  Defendants' responses to that motion are due on March 13, 2017.

1         2.   After the aforementioned motions are filed and fully briefed, they will require rulings

2    by the Court.

3         3.  No motions were filed in state court prior to removal.  The action was removed from

4    state court promptly after service of the complaint.

5

6    DATED this 28th day of February, 2017.

7    By:  */s/Kristofer D. Leavitt*        By:  */s/Kristin L. Martin*

8         Kristofer D. Leavitt, Esq.          Kristin L. Martin, Esq.
     LEAVITT LEGAL GROUP, P.C.     McCracken Stemerman & Holsberry LLP

9         Nevada Bar No. 13173            Nevada Bar No. 7807
     229 S Las Vegas Blvd,            595 Market Street, Suite 800

10        Las Vegas, Nevada 89101        San Francisco, California 94105

11   By:  */s/Sandra C. Ketner*

12        Sandra C. Ketner
     Littler Mendelson, P.C.

13        Nevada Bar No. 8527
     200 South Virginia Street, Eighth Floor

14        Reno, Nevada 89501

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**


I hereby certify that on February 28, 2017, I electronically filed the foregoing **JOINT STATUS REPORT REGARDING REMOVED ACTION** with the Clerk of the Court using the CM/ECF system.

 <u>/s/Katy Maddux</u>
 Katy Maddux