PATRICK H. HICKS, ESQ., Bar # 4632
SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email: phicks@littler.com
Email: sketner@littler.com

Attorneys for Defendant
THE MIRAGE CASINO-HOTEL, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE HOULE,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE MIRAGE CASINO-HOTEL LLC;<br>BAR TENDER'S UNION 165,<br><br>                    Defendants. | Case No. 2:17-cv-00258-GMN-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; ORDER**<br><br>**[FIRST REQUEST]** |

Plaintiff Nicole Houle ("Ms. Houle") and Defendants The Mirage Casino-Hotel LLC ("The Mirage") and Bartenders Union Local 165 (the "Union"), by and through their undersigned counsel, hereby agree and stipulate that Defendants shall have up to, and including April 3, 2017, to file their response(s) to Plaintiff's Motion for Preliminary Injunction.

///

///

///

///

///

///

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This request for extension made by the parties is made in good faith and not for the purpose of delay. More specifically, the parties are discussing the issues that prompted Plaintiff to file the Motion for Preliminary Injunction.

Dated: March 10, 2017                                           Dated:  March 9, 2017

/s/ Sandra C. Ketner, Esq.                                      /s/ Kristin L. Martin, Esq.
Patrick H. Hicks, Esq.                                          Kristin L. Martin, Esq.
Nevada Bar No. 4632                                             McCracken Stemerman & Holsberry LLP
Sandra C. Ketner                                                Nevada Bar No. 7807
Littler Mendelson, P.C.                                         595 Market Street, Suite 800
Nevada Bar No. 8527                                             San Francisco, California 94105
3960 Howard Hughes Parkway, Ste. 300
Las Vegas, Nevada 89169-5937

Dated:  March 9, 2017

/s/ Kristofer D. Leavitt, Esq.
Kristofer D. Leavitt, Esq.
LEAVITT LEGAL GROUP, P.C.
Nevada Bar No. 13173
229 S Las Vegas Blvd,
Las Vegas, Nevada 89101

**ORDER**

IT IS SO ORDERED.

Dated this __13__ day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:146279556.1 060736.1122

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.