1   PATRICK H. HICKS, ESQ., Bar # 4632
    SANDRA KETNER, ESQ., Bar # 8527
2   LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
3   Suite 300
    Las Vegas, NV  89169-5937
4   Telephone:    702.862.8800
    Fax No.:      702.862.8811
5   Email: phicks@littler.com
    Email: sketner@littler.com
6
    Attorneys for Defendant
7   THE MIRAGE CASINO-HOTEL, LLC

8                   UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11  NICOLE HOULE,

12              Plaintiff,              Case No. 2:17-cv-00258-GMN-GWF

13  vs.                                 **STIPULATION FOR EXTENSION OF
                                        TIME FOR PLAINTIFF TO FILE
14  THE MIRAGE CASINO-HOTEL LLC;        RESPONSE TO UNION'S MOTION TO
    BAR TENDER'S UNION 165,             DISMISS FIRST AMENDED
15                                      COMPLAINT; ORDER**
                Defendants.
16                                      **[FIRST REQUEST]**

17          Plaintiff Nicole Houle ("Ms. Houle") and Defendants The Mirage Casino-Hotel LLC ("The

18  Mirage") and Bartenders Union Local 165 (the "Union"), by and through their undersigned counsel,

19  hereby agree and stipulate that Plaintiff shall have up to, and including April 10, 2017, to file her

20  response to the Union's Motion to Dismiss Plaintiff's First Amended Complaint.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1    This request for extension made by the parties is made in good faith and not for the purpose

2 of delay.  More specifically, the parties are discussing the issues that prompted the Union to file the

3 Motion to Dismiss.  This request for an extension is limited to only those deadlines set forth herein.

4    Dated: March 10, 2017                          Dated:  March 9, 2017

5

6    /s/ Sandra C. Ketner, Esq.                     /s/ Kristin L. Martin, Esq.

7    Patrick H. Hicks, Esq.                         Kristin L. Martin, Esq.
     Nevada Bar No. 4632                            McCracken Stemerman & Holsberry LLP
8    Sandra C. Ketner                               Nevada Bar No. 7807
     Littler Mendelson, P.C.                        595 Market Street, Suite 800
9    Nevada Bar No. 8527                            San Francisco, California 94105
     3960 Howard Hughes Parkway, Ste. 300
10   Las Vegas, Nevada 89169-5937

11   Dated:  March 9, 2017

12

13   Kristofer D. Leavitt, Esq.

14   Kristofer D. Leavitt, Esq.
     LEAVITT LEGAL GROUP, P.C.
15   Nevada Bar No. 13173
     229 S Las Vegas Blvd,
16   Las Vegas, Nevada 89101

17                                                  **ORDER**

18                                                  IT IS SO ORDERED.

19
                                                    Dated this ____13____ day of March, 2017.
20

21

22                                                  _____
                                                    UNITED STATES MAGISTRATE JUDGE
23   Firmwide:146279585.1 060736.1122

24

25

26

27

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800