PATRICK H. HICKS, ESQ., Bar # 4632
SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: phicks@littler.com
Email: sketner@littler.com

Attorneys for Defendant
THE MIRAGE CASINO-HOTEL, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE HOULE,<br><br>        Plaintiff,<br><br>vs.<br><br>THE MIRAGE CASINO-HOTEL LLC;<br>BAR TENDER'S UNION 165,<br><br>        Defendants. | Case No. 2:17-cv-00258-GMN-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO UNION'S MOTION TO DISMISS FIRST AMENDED COMPLAINT; ORDER**<br><br>**[FIRST REQUEST]** |

Plaintiff Nicole Houle ("Ms. Houle") and Defendants The Mirage Casino-Hotel LLC ("The Mirage") and Bartenders Union Local 165 (the "Union"), by and through their undersigned counsel, hereby agree and stipulate that Plaintiff shall have up to, and including April 10, 2017, to file her response to the Union's Motion to Dismiss Plaintiff's First Amended Complaint.

///

///

///

///

///

///

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This request for extension made by the parties is made in good faith and not for the purpose of delay. More specifically, the parties are discussing the issues that prompted the Union to file the Motion to Dismiss. This request for an extension is limited to only those deadlines set forth herein.

Dated: March 10, 2017    Dated: March 9, 2017

/s/ Sandra C. Ketner, Esq.    /s/ Kristin L. Martin, Esq.
Patrick H. Hicks, Esq.    Kristin L. Martin, Esq.
Nevada Bar No. 4632    McCracken Stemerman & Holsberry LLP
Sandra C. Ketner    Nevada Bar No. 7807
Littler Mendelson, P.C.    595 Market Street, Suite 800
Nevada Bar No. 8527    San Francisco, California 94105
3960 Howard Hughes Parkway, Ste. 300
Las Vegas, Nevada 89169-5937

Dated: March 9, 2017

Kristofer D. Leavitt, Esq.
Kristofer D. Leavitt, Esq.
LEAVITT LEGAL GROUP, P.C.
Nevada Bar No. 13173
229 S Las Vegas Blvd,
Las Vegas, Nevada 89101

**ORDER**

IT IS SO ORDERED.

Dated this  13  day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:146279585.1 060736.1122

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800