1  PATRICK H. HICKS, ESQ., Bar # 4632
   SANDRA KETNER, ESQ., Bar # 8527
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:     702.862.8800
   Fax No.:       702.862.8811
5  Email: phicks@littler.com
   Email: sketner@littler.com
6
   Attorneys for Defendant
7  THE MIRAGE CASINO-HOTEL, LLC

8                          UNITED STATES DISTRICT COURT

9                               DISTRICT OF NEVADA

10

11  NICOLE HOULE,

12                Plaintiff,              Case No. 2:17-cv-00258-GMN-GWF

13  vs.                                   **STIPULATION FOR DISMISSAL
                                          WITHOUT PREJUDICE OF PLAINTIFF'S
14  THE MIRAGE CASINO-HOTEL LLC;          CLAIMS AGAINST THE MIRAGE
    BAR TENDER'S UNION 165,               CASINO-HOTEL, LLC; ORDER**
15
                  Defendants.
16

17          IT IS HEREBY STIPULATED by and between the parties herein, through their respective

18  counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims asserted by

19  Plaintiff Nicole Houle against The Mirage Casino-Hotel, LLC (hereinafter "The Mirage") are

20  dismissed without prejudice.  This Stipulation does not affect any claims asserted by Plaintiff against

21  Bartender's Union Local 165, which are still pending in this action.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1    Plaintiff and The Mirage will each bear their own respective costs and attorneys' fees.  All

2  appearing parties have signed this Stipulation.  No trial date has been set in this case.

3   Dated: March 21, 2017                                    Dated:  March 21, 2017

4

5   /s/ Sandra C. Ketner, Esq.                                /s/ Kristofer D. Leavitt, Esq.

6  Patrick H. Hicks, Esq.                                     Kristofer D. Leavitt, Esq.
   Nevada Bar No. 4632                                        LEAVITT LEGAL GROUP, P.C.
7  Sandra C. Ketner                                           Nevada Bar No. 13173
   Littler Mendelson, P.C.                                    229 S Las Vegas Blvd,
8  Nevada Bar No. 8527                                        Las Vegas, Nevada 89101
   3960 Howard Hughes Parkway, Ste. 300
9  Las Vegas, Nevada 89169-5937

10   Dated:  March 21, 2017

11

12   /s/ Kristin L. Martin, Esq.

13  Kristin L. Martin, Esq.
   McCracken Stemerman & Holsberry LLP
14  Nevada Bar No. 7807
   595 Market Street, Suite 800
15  San Francisco, CA 94105

16                                       **ORDER**

17                              IT IS SO ORDERED.

18                              Dated this _____ day of March, 2017.

19

20

21                              UNITED STATES DISTRICT JUDGE

22  Firmwide:146546955.1 060736.1122

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.