1  PATRICK H. HICKS, ESQ., Bar # 4632
   SANDRA KETNER, ESQ., Bar # 8527
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:       702.862.8811
5  Email: phicks@littler.com
   Email: sketner@littler.com
6
7  Attorneys for Defendant
   THE MIRAGE CASINO-HOTEL, LLC

8                   UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11 | NICOLE HOULE,                              |
12 |         Plaintiff,                         | Case No. 2:17-cv-00258-GMN-GWF
13 | vs.                                        | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST THE MIRAGE CASINO-HOTEL, LLC; ORDER**
14 | THE MIRAGE CASINO-HOTEL LLC; BAR TENDER'S UNION 165, |
15 |                                            |
16 |         Defendants.                        |

17       IT IS HEREBY STIPULATED by and between the parties herein, through their respective

18 counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims asserted by

19 Plaintiff Nicole Houle against The Mirage Casino-Hotel, LLC (hereinafter "The Mirage") are

20 dismissed without prejudice.  This Stipulation does not affect any claims asserted by Plaintiff against

21 Bartender's Union Local 165, which are still pending in this action.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1     Plaintiff and The Mirage will each bear their own respective costs and attorneys' fees. All appearing parties have signed this Stipulation. No trial date has been set in this case.

Dated: March 21, 2017                  Dated: March 21, 2017

/s/ Sandra C. Ketner, Esq.            /s/ Kristofer D. Leavitt, Esq.

Patrick H. Hicks, Esq.  
Nevada Bar No. 4632  
Sandra C. Ketner  
Littler Mendelson, P.C.  
Nevada Bar No. 8527  
3960 Howard Hughes Parkway, Ste. 300  
Las Vegas, Nevada 89169-5937

Kristofer D. Leavitt, Esq.  
LEAVITT LEGAL GROUP, P.C.  
Nevada Bar No. 13173  
229 S Las Vegas Blvd,  
Las Vegas, Nevada 89101

Dated: March 21, 2017

/s/ Kristin L. Martin, Esq.

Kristin L. Martin, Esq.  
McCracken Stemerman & Holsberry LLP  
Nevada Bar No. 7807  
595 Market Street, Suite 800  
San Francisco, CA 94105

**ORDER**

IT IS SO ORDERED.

Dated this __23__ day of March, 2017.

_____  
UNITED STATES DISTRICT JUDGE

Firmwide:146546955.1 060736.1122

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800