Kristofer D. Leavitt, Esq.
LEAVITT LEGAL GROUP, P.C.
Nevada Bar No 13173
8670 W. Cheyenne Avenue, Suite #120
Las Vegas, Nevada 89129
(702) 423-7208
kleavitt@leavittlegalgroup.com

*Attorney for Plaintiff Nicole Houle*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE HOULE,<br><br>                Plaintiff,<br><br>vs.<br><br>THE MIRAGE CASINO-HOTEL LLC; BAR TENDER'S UNION 165;<br><br>                Defendants. | Case No.: 2:17-cv-00258-GMN-GWF<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

On February 27, 2017 Plaintiff Nicole Houle filed *Plaintiff's Motion for Preliminary Injunction* (ECF No. 16) (the "Motion"). Plaintiff Houle no files the instant notice to inform the Court that she is withdrawing the Motion and to request that the Court remove the Motion, and any of its associated deadlines, from the Court's calendar.

DATED this 29th day of March, 2017.

                              LEAVITT LEGAL GROUP, P.C.

                    By:    /s/ Kristofer Leavitt
                              Kristofer D. Leaivtt, Esq. (13173)
                              8670 W. Cheyenne Avenue, Suite #120
                              Las Vegas, Nevada 89129

                              *Attorney for Plaintiff Nicole Houle*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2017, I electronically filed the foregoing **OPPOSITION TO DEFENDANT THE MIRAGE CASINO-HOTEL, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** and any exhibits with the Clerk of the Court using the CM/ECF system.

_____/s/ Kristofer Leavitt_____
An Employee of Leavitt Legal Group