Kristofer D. Leavitt, Esq.
LEAVITT LEGAL GROUP, P.C.
Nevada Bar No 13173
8670 W. Cheyenne Avenue, Suite #120
Las Vegas, Nevada 89129
(702) 423-7208
kleavitt@leavittlegalgroup.com

*Attorney for Plaintiff Nicole Houle*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE HOULE,<br><br>Plaintiff,<br><br>vs.<br><br>THE MIRAGE CASINO-HOTEL LLC; BAR TENDER'S UNION 165;<br><br>Defendants. | Case No.: 2:17-cv-00258-GMN-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Plaintiff Nicole Houle ("Ms. Houle") and Defendant Bartenders Union Local 165 (improperly named on caption as "Bar Tender's Union 165") (the "Union") by and through their undersigned counsel, hereby agree and stipulate as follows:

1. On March 17, 2017, the Court issued the *Order Scheduling Early Neutral Evaluation Session* (ECF No. 25), and scheduled the Early Neutral Evaluation Session ("ENE Session") in this case for April 21, 2017.

2. This is the parties first request to continue the ENE Session.

3. On April 13, 2017, Ms. Houle was diagnosed with a medical condition that will require extensive testing during the week of April 17-21, 2017.

4. Following Ms. Houle's medical tests, it is anticipated she will not be able to participate in the ENE Session or, if able to participate, her participation will be limited.

Page **1** of **2**

5. Additionally, on April 14, 2017, Ms. Houle held her initial intake interview with the Equal Employment Opportunity Commission ("EEOC").

6. Following her interview, the EEOC investigator informed Ms. Houle that, if she would like, she can request a right to sue letter immediately after her charge is filed and there is a high probability that her request would be granted.

7. Ms. Houle will request her right to sue letter as soon as possible.

8. As a result, it is probable that Ms. Houle will be able to add the Mirage as a party to this case in the very near future.

In light of the foregoing, the parties request that the ENE Session be **continued for 45 days** so Ms. Houle can complete the requisite medical testing for her diagnosis and so Ms. Houle can add the Mirage as a party to this case with enough time for the Mirage to prepare for the ENE Session.

**IT IS SO STIPULATED**.

DATED this ___ day of April, 2017.

By: /s/ Kristofer D. Leavitt
    Kristofer D. Leavitt, Esq.
    LEAVITT LEGAL GROUP, P.C.
    Nevada Bar No. 13173
    229 S Las Vegas Blvd,
    Las Vegas, Nevada 89101

By: /s/ Kristin L. Martin
    Kristin L. Martin, Esq.
    McCracken Stemerman & Holsberry LLP
    Nevada Bar No. 7807
    595 Market Street, Suite 800
    San Francisco, California 94105

**IT IS HEREBY ORDERED** that the Early Neutral Evaluation Session scheduled for April 21, 2017, is RESET for Wednesday, June 14, 2017. Plaintiff must arrive at 8:30 a.m. Defendant must arrive at 9:00 a.m.

DATED: April 18, 2017

By: _____
THE HONORABLE CARL W. HOFFMAN, Jr.
UNITED STATES MAGISTRATE JUDGE