Kristofer D. Leavitt, Esq.
LEAVITT LEGAL GROUP, P.C.
Nevada Bar No 13173
8670 W. Cheyenne Avenue, Suite #120
Las Vegas, Nevada 89129
(702) 423-7208
kleavitt@leavittlegalgroup.com

*Attorney for Plaintiff Nicole Houle*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE HOULE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE MIRAGE CASINO-HOTEL LLC; BAR TENDER'S UNION 165;<br><br>　　　　　Defendants. | Case No.: 2:17-cv-00258-GMN-GWF<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS ASSERTED BY PLAINTIFF** |

　　　　Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Nicole Houle ("Ms. Houle") and Defendant Bartenders Union Local 165 (improperly named on caption as "Bar Tender's Union 165") (the "Union") by and through their undersigned counsel, hereby stipulate and agree that all claims asserted by Ms. Houle against the Union shall be dismissed without prejudice. After Ms. Houle's claims against the Union are dismissed, all of the claims asserted by Ms. Houle in this action will be dismissed and there will be no outstanding claims, counterclaims, or cross-claims. As such, this case should be closed.

/ / /

/ / /

/ / /

Ms. Houle and the Union will each bear their own respective costs and attorney's fees, with one exception. Ms. Houle shall pay the Union $400.00 for the cost the Union incurred in removing this action to the United States District Court for the District of Nevada. All parties who are involved in the current litigation have signed this Stipulation. No trial date has been set in this case.

**IT IS SO STIPULATED**.

DATED this 21st day of August, 2017.  DATED this 21 day of August, 2017.

By: *Kristofer Leavitt*
Kristofer D. Leavitt, Esq.
LEAVITT LEGAL GROUP, P.C.
Nevada Bar No. 13173
8670 W. Cheyenne Avenue, Suite #120
Las Vegas, Nevada 89129

By: _____
Kristin L. Martin, Esq.
McCracken Stemerman & Holsberry LLP
Nevada Bar No. 7807
595 Market Street, Suite 800
San Francisco, California 94105

## ORDER

**IT IS HEREBY ORDERED** that all claims asserted by Ms. Houle against the Union shall be dismissed without prejudice.

**IT IS FURTHER ORDERED** that all of the claims asserted by Ms. Houle in this action are dismissed and the case should be closed.

**IT IS FURTHER ORDERED** that Ms. Houle and the Union will each bear their own respective costs and attorney's fees, with one exception. Ms. Houle shall pay the Union $400.00 for the cost the Union incurred in removing this action to the United States District Court for the District of Nevada

DATED this 25 day of August, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017, I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS CLAIMS ASSERTED BY PLAINTIFF** with the Clerk of the Court using the CM/ECF system.

*/s/Katherine Maddux*

Katherine Maddux

1

PROOF OF SERVICE					Case No. 17-cv-00258-GMN-GWF